IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>JOHNNY LENON BRANTLEY,<br><br>Defendant | NO. 5: 08-MJ-12-21(CWH)<br><br>**REMOVAL PROCEEDINGS**<br><br>RE: VIOLATION OF SUPERVISED RELEASE<br>No. 1:91-CR-412-01-JOF – N. D. Georgia |

## O R D E R

A warrant having been issued in the **NORTHERN DISTRICT OF GEORGIA** on November 6, 2008, for the arrest of SUPERVISED RELEASEE **JOHNNY LENON BRANTLEY** in connection with the sentence of SUPERVISED RELEASE imposed upon him in that district on April 2, 1993, by the Honorable J. OWEN FORESTER, United States District Judge; and, said supervised releasee having been arrested in the MIDDLE DISTRICT OF GEORGIA on allegations that he has violated his sentence of SUPERVISED RELEASE: at an appearance this day before Claude W. Hicks, Jr., UNITED STATES MAGISTRATE JUDGE for the Middle District of Georgia, pursuant to provisions of Rule 5(a)(2)(B) and Rule 32.1(a)(5)(B) of the *Federal Rules of Criminal Procedure*, Mr. Brantley, represented by Mr. Christopher Brian Jarrard of the Federal Defender's Office, was provided pertinent documentation and admitted his identity.

Upon consideration of the requirements of Rule 32.1(a)(6) and 18 U.S.C. §3143(a), and based upon the information provided to the court by counsel for the government, Assistant U. S. Attorney Jennifer Kolman, and by counsel for the defendant, as well as information provided by the U. S. Probation Office for the Middle District of Georgia, the undersigned finds that REMOVAL to the Northern District of Georgia is appropriate but that the SUPERVISED RELEASEE does not pose a serious risk of flight so as to require that he remain in custody pending his revocation hearing in that district. The undersigned notes that Mr. Brantley self-surrendered to law enforcement upon learning that a warrant for his arrest had been issued.

Accordingly, IT IS ORDERED AND DIRECTED;

(1) that SUPERVISED RELEASEE **JOHNNY LENON BRANTLEY** be released from custody by the U. S. Marshal for the Middle District of Georgia;

(2) that he report at his own expense to the judicial officer presiding in the U. S. District Court for the Northern District of Georgia AS DIRECTED by that court; and,

(3) that his court appointed counsel advise Mr. Brantley of the date and time of his court appearance in the U. S. District Court for the Northern District of Georgia.

SO ORDERED AND DIRECTED, this 15th day of DECEMBER, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE